No. 637. THE CONSUMERS' GAS TRUST COMPANY ET AL., PETITIONERS, *v.* BYRON C. QUINBY. May 8, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Addison C.*

*Harris* for petitioners.  *Mr. Ferdinand Winter* and *Mr. Alexander C. Ayres* for respondent.

